**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

JEFFREY WEBB,                                                        PLAINTIFF
ADC # 551387

V.                                    1:09-cv-00037-JMM-JJV

CHRISTOPHER SMAY, *et al.*                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition
submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After
careful consideration, the Court concludes that the Proposed Findings and Recommended Partial
Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings
in all respects.

IT IS THEREFORE ORDERED that:

1.      Plaintiff's claims of racial discrimination based on verbal abuse are DISMISSED;

2.      Plaintiff's claims of retaliatory discipline are DISMISSED, and Defendant Munson
is dismissed as a party Defendant;

3.      Plaintiff's claims against Defendants Rush and Selvey are DISMISSED for failure
to state a claim upon which relief may be granted, and they are dismissed as a party Defendants; and

4.      Plaintiff will be allowed to proceed to a jury trial on his remaining claim of excessive
force against Defendant Smay, with counsel to be appointed by separate order.

DATED this 6th day of July, 2010.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE