IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEFFREY WEBB,
ADC #551387                                                              PLAINTIFF

v.                            1:09CV00037 JMM/JJV

CHRISTOPHER SMAY, ET AL.                                    DEFENDANTS

## ORDER

Pending before the Court is the Application of May 5, 2011 by J.R. Buzbee (Docket # 60) for the reimbursement of out-of-pocket expenses. Having considered the application pursuant to the guidelines and policies of the Library Fund, the Court orders that the Clerk of the Court disburse money from the Library Fund in the amount of eighty six dollars and six cents ($86.06) and distribute it to the named applicant. A copy of this Order, together with the application, shall be placed in the Library Fund file maintained by the Clerk of the Court.

IT IS SO ORDERED this 16th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE